# United States District Court

_____ DISTRICT OF _____

COPY 3

JOHN GILBERT

V.

JIM HOGG COUNTY TEXAS, ISAAC BOLCH,
in his Individual and Offical
Capacities, and GILBERT YBANEZ, in
his Individual and Official Capacities

SUMMONS IN A CIVIL CASE

CASE NUMBER: B 01-054

United States District Court
Southern District of Texas
FILED

APR 16 2001

Michael N. Milby
Clerk of Court

TO: (Name and address of defendant)
Jim Hogg County, Texas
By Serving: Judge Agapito Molina
Jim Hogg County Courthouse
Hebbronville, Texas 78361

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Tx. 78520

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

4/4/01

CLERK                                                         DATE

_(signature)_

BY) DEPUTY CLERK

# OFFICERS RETURN OF SERVICE



COUNTY: FEDERAL          CASE # B-01-054          COURT
                         Clt. Ref.#                              Clt.# 8338

JOHN GILBERT

VS

JIM HOGG COUNTY, TEXAS, ISAAC BOLCH, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITIES, AND GILBERT YANEZ, IN HIS INDIVIDUAL

The documents came to our hand for service on 04/06/01   Time: 14:02:24

Documents received for service:

**SUMMONS IN A CIVIL CASE**

The documents were delivered on **04/06/01   Time: 16:35:00**

Executed at: Jim Hogg County Courthouse
             Hebbronville, TX 78361

to the following: **Jim Hogg County, Texas**
             **By Serving: Judge Agapito Molina**

✓  PERSONALLY delivering the document to the person above.
___ SUBSTITUTE SERVICE per Order by delivering to _____ in person
    who is sixteen (16) years of age or older, at the above listed address which is the
    usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

_____
Charles Allen

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

_____
Charles Allen
Professional Civil Process
317 Peoples Street Suite 614
P.O. Box 181293 (78480-1293)
Corpus Christi, Tx. 78401

Service Fee: _____

Witness Fee Tendered: _____

STATE OF TEXAS }
                         VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this 6 day of April 2001.

_____
NOTARY PUBLIC SIGNATURE

PCP Inv.# C0401  49

BERTA ALLEN
MY COMMISSION EXPIRES
May 9, 2001