United States District Court
Southern District of Texas
FILED

MAY 0 4 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

## DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Defendant, **JIM HOGG COUNTY, TEXAS and GILBERT YBANEZ, in his Individual and Official Capacities,** and files this their Motion for More Definite Statement pursuant to Federal Rule of Civil Procedure 12(e), and in support thereof would show this Honorable Court as follows:

Plaintiff's Original Complaint contains a cause of action for damages under 42 U.S.C. §1983. In this section of his Complaint, Plaintiff alleges Defendants violated his civil and constitutional rights. He states that Defendants did so by falsely arresting him, using excessive force, and "approving" Plaintiff's arrest. He also states that the conditions of the jail constituted a violation of his rights. Nowhere in Plaintiff's Complaint does he identify the particular constitutional right which he is asserting was violated. His allegations are too general in nature for Defendants to know which constitutionally protected right he is asserting was violated and Defendants cannot, therefore, formulate proper defenses until those are clarified.

-1-

Defendants moves this Court to order Plaintiff to replead identifying the specific constitutionally protected right which Plaintiff asserts was violated so that Defendants may formulate appropriate defenses.

WHEREFORE, PREMISES CONSIDERED, Defendants **JIM HOGG COUNTY, TEXAS and GILBERT YBANEZ, in his Individual and Official Capacities,** pray this Court grant this motion and order Plaintiff to replead setting forth the particular constitutional provisions or constitutionally protected rights that he claims were violated and for such other and further relief, at law or in equity, to which Defendants may show themselves to be justly entitled.

Signed on May ___4___, 2001.

Respectfully submitted,

WILLETTE & GUERRA L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521
Telephone:  (956) 541-1846
Facsimile:   (956) 541-1893

By: _____*Eileen Leeds*_____
Eileen M. Leeds
State Bar No. 00791093
Federal I.D. #16799

Attorneys for Defendants
Jim Hogg County, Texas and
Gilbert Ybanez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Defendants' Motion for More Definite Statement** on May __4__, 2001, has been forwarded by via certified mail, return receipt requested to the following:

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
Eileen M. Leeds