7

United States District Court
Southern District of Texas
FILED

MAY 0 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | |
| | § | CIVIL ACTION NO. B-01-54 |
| VS. | § | |
| | § | JURY DEMANDED |
| JIM HOGG COUNTY, TEXAS, ET AL. | § | |

**PLAINTIFF'S AGREED MOTION TO RESET
INTITIAL PRETRIAL AND SCHEDULING CONFERENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW John Gilbert, Plaintiff, and files this his Plaintiff's Agreed Motion to Reset Initial Pretrial and Scheduling Conference. Plaintiff would show unto the Honorable Court as follows:

1. The Court set this case for an initial pretrial and scheduling conference before the Honorable John Wm. Black, United States Magistrate Judge, on May 9, 2001 at 1:30 p.m.

2. Plaintiff's attorney, Michael R. Cowen, will be out of the country on May 9, 2001 at 1:30 p.m. He leaves May 5, 2001, and will return to work on May 22, 2001.

3. Therefore, Plaintiff asks the Court to reset the Initial Pretrial and Scheduling Conference to date after May 22, 2001.

4. Michael R. Cowen has conferred with Defendants' attorney, Eileen Leeds, and she is in agreement with this motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Court reset the Initial Pretrial and Scheduling Conference.

RESPECTFULLY SUBMITTED,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

By: _____
Michael R. Cowen
S.D. Tex. ID No. 19967
Texas Bar No. 00795306

## CERTIFICATE OF CONFERENCE

I, Michael R. Cowen, hereby certify that I have conferred with Defendants' counsel, Eileen Leeds, on May 4, 2001, and that she told me that she is in agreement with this motion.

By: _____
Michael R. Cowen

## CERTIFICATE OF SERVICE

I, Michael R. Cowen, hereby certify that I have sent a copy of this motion to opposing counsel by facsimile and regular mail on this the 4th day of May, 2001.

By: _____
Michael R. Cowen