United States District Court
Southern District of Texas
ENTERED

**MAY 0 7 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

JOHN GILBERT                                    §
                                                §        CIVIL ACTION NO. B-01-54
VS.                                             §
                                                §        JURY DEMANDED
JIM HOGG COUNTY, TEXAS, ET AL.                  §

## ORDER RESETTING INTITIAL
## PRETRIAL AND SCHEDULING CONFERENCE

The initial pretrial and scheduling conference is hereby reset on the **1ST**

day of **JUNE**, 2001, at **1:30 P**.m.

SIGNED this **4TH** day of May, 2001.

_____
JUDGE PRESIDING

THIS
IS A
RESETTING
from 5-9-01
@ 1:30