```
                                           United States District Court
                                           Southern District of Texas
                                                   FILED
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS      MAY 1 6 2001
                BROWNSVILLE DIVISION
                                              Michael N. Milby
                                               Clerk of Court
```

| | |
|---|---|
| JOHN GILBERT | § |
| | §    CIVIL ACTION NO. B-01-54 |
| V. | § |
| | §    JURY DEMANDED |
| JIM HOGG COUNTY, TEXAS, ET AL. | § |

## NOTICE OF VACATION

Michael R. Cowen will be either on vacation, attending a seminar, or teaching at a seminar on the following dates:

May 5, 2001 – May 23, 2001
June 9, 2001 – June 17, 2001

Please do not schedule any hearings, depositions, trials, or other proceedings on those dates.

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone:   (956) 541-4981
Facsimile:    (956) 504-3674

_____
Michael R. Cowen
State Bar No. 00795306
F. I.D. # 19967

## CERTIFICATE OF SERVICE

On this the ____ day of May, 2001 a true and correct copy of the above and foregoing document was sent via Regular U.S. Mail to opposing:

Ms. Eileen Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Tx. 78521

_____
Michael R. Cowen