*10*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED
JUN 13 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOHN GILBERT § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-054 |
| § | |
| JIM HOGG COUNTY, TEXAS, ET AL. § | |

TYPE OF CASE:     __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**AUGUST 1, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 12, 2001

TO:     MR. MICHAEL COWEN
        MS. EILEEN LEEDS