11

|  |  |
|---|---|
| THE HONORABLE JOHN WM. BLACK | United States District Court<br>Southern District of Texas<br>FILED<br>JUN 0 1 2001 |
| INITIAL PRETRIAL CONFERENCE | Michael N. Milby<br>Clerk of Court |

CIVIL ACTION NO. B-01-054            DATE & TIME: _____06-01-01 AT 1:30 P.M._____

JOHN GILBERT                          PLAINTIFF(S) ____MICHAEL COWEN____
                                      COUNSEL

VS.

JIM HOGG COUNTY, TEXAS, ET AL.        DEFENDANT(S) ____EILEEN LEEDS____
                                      COUNSEL

-------------------------------------------------------------------------

Attorneys Michael Cowen and Eileen Leeds appeared in chambers.

Initial pretrial conference will be reset.