

```
                                              United States District Court
                                                Southern District of Texas
                                                         FILED

        UNITED STATES DISTRICT COURT                JUL 2 0 2001
         SOUTHERN DISTRICT OF TEXAS
            BROWNSVILLE DIVISION                    Michael N. Milby
                                                    Clerk of Court
```

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

### JOINT REPORT ON MEETING REQUIRED BY RULE 26(F) AND JOINT DISCOVERY/CASE MANAGEMENT PLAN

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   The parties met telephonically on July 17, 2001.
   Michael Cowen attended for Plaintiff.
   Eileen Leeds attended for Defendants.

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

   None.

3. Specify the allegation of federal jurisdiction.

   This case is brought pursuant to a federal question, 42 U.S.C. §1983.

4. Name the parties who disagree and the reasons.

   None.

5. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

   None.

ClibPDF - www.fastio.com

  G) List expert depositions the defendant anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

Defendants will depose any experts designated by Plaintiff 30 days before discovery cutoff.

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

None.

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

None.

12. State the date the planned discovery can reasonably be completed.
May 2002.

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

Mediation is a possibility, though the parties will not know until some discovery has been exchanged.

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

Each party is investigating the facts of this case with an eye towards prompt resolution of this matter.

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.

Mediation may be considered at a later date.

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

At this time, neither party is opposed to proceeding before a magistrate.

17. State whether a jury demand has been made and if it was made on time.

A jury demand was made on time.

6.  List anticipated interventions.

    None.

7.  Describe class-action issues.

    None.

8.  State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

    Initial disclosures will be made withing 14 days of this order.

9.  Describe the proposed agreed discovery plan, including:

    A)  Responses to all the matters raised in Rule 26(f).

    None.

    B)  When and to whom the plaintiff anticipates it may send interrogatories.

    Plaintiff anticipates sending interrogatories to Defendants within 60 days.

    C)  When and to whom the defendant anticipates it may send interrogatories.

    Defendant anticipates sending interrogatories to Plaintiff within 60 days.

    D)  Of whom and by when the plaintiff anticipates taking oral depositions.

    Plaintiff anticipates taking the depositions of the defendants, and possibly some witnesses on the issue of pattern and practice after Defendants have responded to discovery.

    E)  Of whom and by when the defendant anticipates taking oral depositions.

    Defendants anticipate taking the deposition of the Plaintiff and the passenger, and possibly some former Sheriff's deputies.

    F)  List expert depositions the plaintiff anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

    Plaintiffs will depose any experts designated by defendants 60 days before discovery cutoff.

18. Specify the number of hours it will take to present the evidence in this case.

   Three days.

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

   None.

20. List other motions pending.

   None.

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

   None.

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

   Signed on July 20, 2001.

| LAW OFFICES OF | LAW OFFICES OF |
| MICHAEL R. COWEN | WILLETTE & GUERRA, L.L.P. |
| 765 E. 7th Street, Suite A | International Plaza, Suite 460 |
| Brownsville, Texas 78520 | 3505 Boca Chica Blvd. |
| Telephone: (956) 541-4981 | Brownsville, Texas 78520 |
| Facsimile: (956) 504-3674 | Telephone: (956) 541-1846 |
| | Facsimile: (956) 541-1893 |

Michael R. Cowen                         Eileen M. Leeds   w/ph.
Federal Id. No. 19967                    Federal Id. No. 16799
State Bar No. 00795306                   State Bar No. 00791093
ATTORNEY FOR PLAINTIFF                   ATTORNEYS FOR DEFENDANTS