*14*

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

AUG 0 1 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-01-054     DATE & TIME:     08-01-01 AT 1:30 P.M.

JOHN GILBERT                  PLAINTIFF(S)     MICHAEL COWEN
                              COUNSEL

VS.

JIM HOGG COUNTY, TEXAS, ET AL.    DEFENDANT(S)     EILEEN LEEDS
                                  COUNSEL

---

Attorneys Michael Cowen and Amy Gonzalez appeared in chambers.

Trial will be set for August, 2002. Scheduling order will be sent to all parties.