16

# United States District Court

DISTRICT OF

COPY

JOHN GILBERT

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: B-01-054

JIM HOGG COUNTY TEXAS, ISAAC BOLCH, in his Individual and Offical Capacities, and GILBERT YBANEZ, in his Individual and Official Capacities

United States District Court
Southern District of Texas
FILED

AUG 0 3 2001

Michael N. Milby
Clerk of Court

TO: (Name and address of defendant)

Isaac Bolch
427 McNeel Road
San Antonio, Tx. 78288

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Tx.78520

answer to the complaint which is herewith served upon you, within twenty (20) days after vice of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken ainst you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a asonable period of time after service.

Michael N. Milby, Clerk

ERK

7/10/01

DATE

Y) DEPUTY CLERK

ClibPDF - www.fastio.com

# OFFICERS RETURN OF SERVICE



**COUNTY: FEDERAL**      CASE # B-01-054      **COURT**
                                             Clt. Ref.#                    Clt.# 1642

JOHN GILBERT

VS

JIM HOGG COUNTY TEXAS, ISAAC BOLCH, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITIES, AND GILBERT YBANEZ, IN HIS INDIVIDUAL

The documents came to our hand for service on **07/17/01**  Time: **10:51:02**

Documents received for service:

**SUMMONS IN A CIVIL A CASE**

The documents were delivered on **07/23/01**  Time: **20:12:00**

Executed at: 427 McNeel Road
             San Antonio, TX 78228

to the following: **Bolch, Isaac**

_____ PERSONALLY delivering the document to the person above.
__✓__ SUBSTITUTE SERVICE per Order by delivering to *Helen Adcock-Ahead* in person
      who is sixteen (16) years of age or older, at the above listed address which is the
      usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, .CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

                                         _____
                                         Rick Metzler
Service Fee: _____                  Professional Civil Process, San Antonio
                                         410 S. Main, Suite 217
Witness Fee Tendered: _____         San Antonio, Tx 78204

STATE OF TEXAS}

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this **30** day of _____ 2001.

                                         _____
PCP INV.# S0701 162                      NOTARY PUBLIC SIGNATURE

[Notary Seal: LINDA LAMBRECHT, MY COMMISSION EXPIRES September 10, 2003]