# OFFICERS RETURN OF SERVICE

**COPY** 17

COUNTY: FEDERAL    CASE # B-01-054    COURT
Clt. Ref.#    Clt.# 1642

JOHN GILBERT

C AB-01-54

United States District Court
Southern District of Texas
FILED

SEP 0 4 2001

Michael N. Milby
Clerk of Court

VS

JIM HOGG COUNTY, TEXAS, ISAAC BOLCH, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITIES, AND GILBERFT YANEZ, IN HIS INDIVIDUAL AND

The documents came to our hand for service on 08/29/01   Time: 10:15:42

Documents received for service:

**SUMMONS IN A CIVIL CASE**

The documents were delivered on **08/29/01**   Time: **14:55:00**

Executed at: 3300 Nacogdoches #220
San Antonio, TX

to the following: **Bolch, Isaac**

✓ PERSONALLY delivering the document to the person above.
___ SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have never been convicted of a felony or misdemeanor involving moral turpitude in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____

Witness Fee Tendered: _____

Charles N Lambrecht
Professional Civil Process, San Antonio
410 S. Main, Suite 217
San Antonio, Tx 78204

STATE OF TEXAS}

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office this ___ day of _____ 2001.

NOTARY PUBLIC SIGNATURE

PCP Inv.# S0801 507

LINDA LAMBRECHT
MY COMMISSION EXPIRES
September 10, 2003

# United States District Court COPY

_____ DISTRICT OF _____

JOHN GILBERT

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: B-01-054

JIM HOGG COUNTY TEXAS, ISAAC BOLCH,
in his Individual and Official
Capacities, and GILBERT YANEZ, in
his Individual and Official Capacities

TO: (Name and address of defendant)

Isaac Bolch
427 McNeel Road
San Antonio, Tx.  78268

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Tx. 78520

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____ Clerk

CLERK

(BY) DEPUTY CLERK

DATE  8/28/01