*United States District Court*
*Southern District of Texas*
*FILED*

*19*

*DEC 0 4 2001*

*Michael N. Milby*
*Clerk of Court*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

## ADVISORY TO THE COURT REGARDING SCHEDULING

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, **JIM HOGGS COUNTY, TEXAS, ISAAC BOLCH, in his Individual and Official Capacities, and GILBERT YBANEZ, in his Individual and Official Capacities**, Defendants and advises the Court that she will be on vacation from **December 12, 2001 through January 6, 2002.** Eileen M. Leeds requests this Court not to schedule any matters which would require her presence at hearings during this period.

Signed on December ____4th____, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eileen Leeds
State Bar No. 00791093
Federal I.D. No. 16799

## CERTIFICATE OF SERVICE

I hereby certify that on December 4th, 2001, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

Mr. Michael R. Cowen  
MICHAEL R. COWEN, P.C.  
765 E. 7th Street, Suite A  
Brownsville, Texas 78520

*Eileen M. Leeds* w/p sm  
Eileen M. Leeds