United States District Court
Southern District of Texas
FILED

JAN 2 4 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

## DEFENDANTS' CERTIFIED DISCLOSURES OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Order, Defendants, **JIM HOGG COUNTY, TEXAS, ISAAC BOLCH, in his Individual and official Capacities and GILBERT YBANEZ, in his Individual and Official Capacities** counsel certifies that the only persons, associations, etc., that are known to Defendants Jim Hogg County, Texas, Isaac Bolch and Gilbert Ybanez to be financially interested in the outcome of this litigation are:

1. Plaintiff John Gilbert

2. Defendant Jim Hogg County, Texas

3. Defendant Isaac Bolch, in his Individual and Official Capacities

4. Defendant Gilbert Ybanez, in his Individual and Official Capacities

5. Professional Claims Managers

6. Texas Association of Counties

-2-

Signed on January 24, 2002.

                        Respectfully submitted,

                        WILLETTE & GUERRA, L.L.P.
                        International Plaza, Ste. 460
                        3505 Boca Chica Blvd.
                        Brownsville, Texas 78521
                        Telephone: (956) 541-1846
                        Facsimile:  (956) 541-1893

By: *Eileen M. Leeds*
     Eileen M. Leeds
     State Bar No. 00791093
     Federal I.D. #16799

     Amy Lawler Gonzales
     State Bar No. 24029579
     Federal I.D. No. 28489

     Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Defendants' Certified Disclosures of Interested Parties,** on January 24, 2002, has been forwarded by via certified mail, return receipt requested to the following:

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

*Eileen M. Leeds*
Eileen M. Leeds