United States District Court
Southern District of Texas
FILED

JAN 2 4 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

**DEFENDANTS' NOTICE TO THE COURT OF THEIR SUBMISSION OF THEIR INITIAL DISCLOSURES TO PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Defendants, **JIM HOGG COUNTY, TEXAS, ISAAC BOLCH, in his Individual and Official Capacities and GILBERT YBANEZ, in his Individual and Official Capacities** and file this their Notice to the Court of their Submission of their Initial Disclosures to Plaintiff Under Federal Rule of Civil Procedure 26(a).

**I.**

Defendants hereby give notice to the Court that they have submitted their Initial Disclosure under Federal Rule of Civil Procedure 26(a).

-1-

Signed on January 24, 2002.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eileen M. Leeds
State Bar No. 00791093
Federal I.D. #16799

Amy Lawler Gonzales
State Bar No. 24029579
Federal I.D. No. 28489

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Defendants' Notice to the Court of their Submission of their Initial Disclosures to Plaintiff Under Federal Rule of Civil Procedure 26(a),** on January 24, 2002, has been forwarded by via certified mail, return receipt requested to the following:

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
Eileen M. Leeds