23

United States District Court
Southern District of Texas
ENTERED

MAY 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

## ORDER SETTING HEARING

On this the __3rd__ day of __May__, 2002, came on to be considered (DOCKET No 22) Defendants' Rule 12(b)(6) Motion to Dismiss. After considering same, the Court is of the opinion that a hearing should be held.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendants' Rule 12(b)(6) Motion to Dismiss be and is hereby set for hearing on the 15th day of __May__, 2002 at __1:30 p__.m. in this Honorable Court.

SIGNED FOR ENTRY on this the __3rd__ day of __May__, 2002.

_____
UNITED STATES DISTRICT JUDGE
HILDA G. TAGLE