United States District Court
Southern District of Texas
FILED

MAY 1 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| JOHN GILBERT | § | |
| | § | CIVIL ACTION NO. B-01-54 |
| VS. | § | |
| | § | JURY DEMANDED |
| JIM HOGG COUNTY, TEXAS, ET AL. | § | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW John Gilbert, Plaintiff, and files this his Plaintiff's Motion for Leave to File Second Amended Complaint. Plaintiff wishes to amend his complaint to assert that Defendant Jim Hogg County is liable for the acts of Defendant Bolch because of its failure to train him. This theory is based upon information obtained at Defendant Bolch's deposition. A copy of the Second Amended Complaint is attached as Exhibit A.

WHEREFORE, PREMISES CONSIDERED, Plaintiff asks that the Court grant him leave to file his Second Amended Complaint.

RESPECTFULLY SUBMITTED,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

By: _____
Michael R. Cowen
S.D. Tex. ID No. 19967
Texas Bar No. 00795306


## CERTIFICATE OF CONFERENCE

I, Michael R. Cowen, hereby certify that I have conferred with Defendants' counsel, Eileen Leeds, on May 14, 2002, and that she told me that she is opposed to this motion.

By: _____
Michael R. Cowen


## CERTIFICATE OF SERVICE

I, Michael R. Cowen, hereby certify that I have sent a copy of this motion to opposing counsel by hand delivery on this the 15th day of May, 2002.

By: _____
Michael R. Cowen