United States District Court
Southern District of Texas
FILED

MAY 15 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS

CIVIL ACTION NO. B-01-054         DATE & TIME:    05-15-02 AT 1:30 P.M.

JOHN GILBERT                      PLAINTIFF(S)    MICHAEL COWEN
                                  COUNSEL

VS.

JIM HOGG COUNTY, TEXAS, ET AL.    DEFENDANT(S)    EILEEN LEEDS
                                  COUNSEL

---

ERO: Gabriel Mendieta
CSO: Roy Zepeda

    Michael Cowen and Eileen Leeds appeared for a hearing on Defendants' Rule 12(b)(6) Motion to Dismiss.

    Judge Black will prepare a report and recommendation to Judge Vela recommending denial of the Motion..