```
                                                    United States District Court
                                                    Southern District of Texas
                                                          ENTERED

        IN THE UNITED STATES DISTRICT COURT              MAY 17 2002
        FOR THE SOUTHERN DISTRICT OF TEXAS
                 BROWNSVILLE DIVISION                Michael N. Milby, Clerk of Court
                                                     By Deputy Clerk
```

| | |
|---|---|
| JOHN GILBERT § | |
| § | CIVIL ACTION NO. B-01-54 |
| VS. § | |
| § | JURY DEMANDED |
| JIM HOGG COUNTY, TEXAS, ET AL. § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR
### LEAVE TO FILE SECOND AMENDED COMPLAINT

On this day the Court considered Plaintiff's Motion for Leave to File Second
*(DOCKET NO. 25)*
Amended Complaint. The Court is of the opinion that the motion should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Leave to File Second

Amended Complaint is GRANTED.

SIGNED this 16TH day of May, 2002.

_____
JUDGE PRESIDING