30

United States District Court
Southern District of Texas
FILED

JUN 1 8 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO.  B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

## DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW Defendants Jim Hogg County, Texas; Isaac Bolch, in his Individual and Official Capacities; and Gilbert Ybanez, in his Individual and Official Capacities, and file their Motion for Continuance and would show this honorable court as follows:

### I.

This case is presently scheduled for jury selection before this Court on August 1, 2002.

### II.

Defendants Jim Hogg County, Texas; Isaac Bolch, in his Individual and Official Capacities; and Gilbert Ybanez, in his Individual and Official Capacities hereby request that the court extend the period for discovery and delay the trial of this case.

### III.

No prior continuances have been requested in this case and Plaintiff is unopposed to a continuance of this matter.

### IV.

Defendants have been diligent in their discovery in this case, having issued Interrogatories,

Requests for Production, Requests for Admissions and subpoenas duces tecum, as well as taking the recent deposition of Plaintiff. Defendants are in need of additional time in which to obtain an expert's report and follow up on statements made by Plaintiff in his recent deposition.

V.

The undersigned counsel for Defendants has also been unexpectedly required to prepare for and try a case styled "*Torres v. City of McAllen* " in the 139th District Court on June 24, 2002, due to the sudden departure of an attorney in her firm. Additionally, the trial of the matter styled "*Mesa v. Hidalgo County*" in the 93rd District Court has been rescheduled for August 12, 2002; the undersigned will also be trying that matter. These circumstances have taken time away from the undersigned's preparation for this matter.

VI.

There will be no prejudice against the Plaintiff by reason of a continuance, and this continuance is not sought for delay but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendants move this court to continue the August 1, 2002 trial date for three (3) months, and for such other relief, in law or in equity, as the Defendants may show themselves entitled to receive.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _Eileen Leeds_

Eileen Leeds
State Bar No. 00791093
Federal I.D. No. 16799

Attorneys for Defendants

01-156 GILBERT/HIM HOGG: CONTINUANCE
PAGE 2

## CERTIFICATE OF SERVICE

I hereby certify that on this the _____ day of June, 2002, a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel of record as noted hereunder.

**VIA CM/RRR 7002 0460 0000 6429 0886**
Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
Eileen M. Leeds


## CERTIFICATE OF CONFERENCE

Undersigned has conferred with counsel for Plaintiff, who is unopposed to this motion.

_____
Eileen M. Leeds

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

On this the _____ day of _____, 2002 came on for consideration Defendants' Unopposed Motion for Continuance and the court after considering said motion determines that it should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Continuance is GRANTED, that the trial date of August 1, 2002 shall be reset to a later date.

SIGNED AND ENTERED on this the _____ day of _____, 2002.


_____
JUDGE PRESIDING


Copies to:
Mr. Michael R. Cowen, MICHAEL R. COWEN, P.C., 765 E. 7th Street, Suite A, Brownsville, Texas 78520
Ms. Eileen M. Leeds, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste. 460, Brownsville, Texas 78521

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO.  B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

## ORDER SETTING HEARING

On this the_____day of  _____, 2002, came on to be considered

Defendants' Unopposed  Motion for Continuance.  After considering same, the Court is of the

opinion that a hearing should be held.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendants' Unopposed

Motion for Continuance be and is hereby set for hearing on the____day of _____, 2002

at _____.m. in this Honorable Court.

SIGNED AND ENTERED on this the _____ day of _____, 2002.


_____
JUDGE PRESIDING

Copies to:
Mr. Michael R. Cowen, MICHAEL R. COWEN, P.C., 765 E. 7th Street, Suite A, Brownsville, Texas 78520
Ms. Eileen M. Leeds, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste. 460, Brownsville, Texas 78521