31

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| JOHN GILBERT § | CIVIL ACTION NO. B-01-054 |
| § | |
| VS. § | United States District Court |
| § | Southern District of Texas |
| § | ENTERED |
| JIM HOGG COUNTY, TEXAS, § | |
| ISAAC BOLCH, in his Individual § | JURY DEMANDED   JUL 0 1 2002 |
| and Official Capacities, and § | |
| GILBERT YBANEZ, in his § | Michael N. Milby, Clerk of Court |
| Individual and Official Capacities § | By Deputy Clerk |

## JOINT SCHEDULING ORDER

1. Trial: Estimated time to try: 5-6 days.   __ Bench   X Jury

2. New parties must be joined by:   October 4, 2002

   *Furnish a copy of this scheduling order to new parties*

3. The plaintiff's experts will be named with a report furnished by:   October 4, 2002

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.   October 4, 2002

5. Discovery must be completed by:   September 26, 2002

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*
   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* The court will provide these dates.\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6. Dispositive Motions will by filed by:   October 4, 2002

7. Joint pretrial order is due:   October 18, 2002
   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 8:30 p.m. AM on:   October 31, 2002

9. Jury Selection is set for 8:30 a.m. on:   NOVEMBER 1, 2002   ~~November 4, 2002~~

The case will remain on standby until tried.

Signed on ____1 July____, 2002, at Brownsville, Texas.

United States Magistrate Judge

*Counsel, please sign on back.*

By: _Eileen Leeds_
Eileen M Leeds
State Bar No. 00791093
Fed Id. No 16799

By: _____
Michael Cowen
State Bar No.00795306
Fed Id. No