IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| JOHN GILBERT | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, IN HIS INDIVIDUAL | § | |
| AND OFFICIAL CAPACITIES, AND | § | |
| GILBERT YBANEZ, IN HIS INDIVIDUAL | § | |
| AND OFFICIAL CAPACITIES | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of June 5, 2002 should be **ADOPTED**.

For the reasons stated in the Magistrate Judge's Report and Recommendation cited above, IT IS THEREFORE **ORDERED** that the Defendants' Rule 12(b)(6) Motion to Dismiss be **DENIED**.

DONE in Brownsville, Texas, on this _18th_ day of _July_, 2002.

Filemon B. Vela
United States District Judge