United States District Court
Southern District of Texas
FILED

SEP 1 0 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

**DEFENDANTS' MOTION REQUESTING
THE COURT EXTEND DISCOVERY DEADLINE**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants, Jim Hogg County, Texas; Isaac Bolch, in his Individual and Official Capacities; and Gilbert Ybanez, in his Individual and Official Capacities, Defendants in the above-styled matter and file this their Motion Requesting the Court Extend Discovery Deadline and would show this Honorable Court as follows:

**I.**

Discovery is still outstanding in this matter. On June 11, 2002, Defendants requested Plaintiff's personnel and payroll records from the U.S. Immigration & Naturalization Service. These records are needed to properly investigate Plaintiff's claim that he has suffered a loss of wages and promotion due to Defendants' actions. Despite diligent attempts to obtain said records, Defendants have not received these records. Without these essential records, Defendants cannot properly evaluate this case, much less prepare for trial. Defendants therefore request an extension of discovery deadline presently set for September 26, 2002 in order to have a reasonable time to receive and examine said records.

## II.

For the above stated reasons, Defendants respectfully request the discovery period be extended by four weeks, until October 24, 2002. This extension is not sought for delay only, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court grant this their Motion Requesting the Court Extend Discovery Deadline and grant these Defendants such other and further relief to which they may show themselves justly entitled.

Signed on September 10, 2002.

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Eileen Leeds*
Eileen Leeds   w/p ily
State Bar No. 00791093
Federal I.D. No. 16799
Attorney in Charge


Amy Lawler Gonzales
State Bar No. 24029579
Federal I.D. No. 28489

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September  10 , 2002, a true and correct copy of the above and foregoing Defendants' Motion Requesting the Court Extend Discovery Deadline instrument has been forwarded to all counsel of record as noted hereunder.

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
Eileen M. Leeds

## CERTIFICATE OF CONFERENCE

Undersigned has tried to conferred with counsel for Plaintiff, but he was unavailable for said conference.

_____
Eileen M. Leeds

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

**ORDER SETTING HEARING ON DEFENDANTS' MOTION REQUESTING
THE COURT EXTEND DISCOVERY DEADLINE**

On this the ____ day of _____, 2002 came on for consideration, Defendants' Motion Requesting the Court Extend Discovery Deadline. The court, having reviewed said motion together with the papers on file is of the opinion that a hearing shall be held thereon.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Defendants' Motion Requesting the Court Extend Discovery Deadline is hereby set for hearing on the _____ **day of** _____**, 2002 at** _____ **o'clock** in this Honorable Court.

Signed for entry on this _____ day of _____, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

cc:

Ms. Eileen M. Leeds, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste. 460, Brownsville, Texas 78521
Mr. Michael R. Cowen, MICHAEL R. COWEN, P.C., 765 E. 7th Street, Suite A, Brownsville, Texas 78520

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

## ORDER GRANTING DEFENDANTS' MOTION REQUESTING THE COURT EXTEND DISCOVERY DEADLINE

Be it remembered on the _____ day of _____, 2002, came on to be heard Defendants' Motion Requesting the Court Extend Discovery Deadline and the court after considering said motion determines that it should in all things be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants' Motion Requesting the Court Extend Discovery Deadline is granted, that the new discovery deadline date is now scheduled on _____, 2002.

ENTERED on this the _____ day of _____, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

cc:

Ms. Eileen M. Leeds, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste. 460, Brownsville, Texas 78521
Mr. Michael R. Cowen, MICHAEL R. COWEN, P.C., 765 E. 7th Street, Suite A, Brownsville, Texas 78520