United States District Court
Southern District of Texas
ENTERED

35

SEP 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

## ORDER SETTING HEARING ON DEFENDANTS' MOTION REQUESTING THE COURT EXTEND DISCOVERY DEADLINE

On this the _11th_ day of _SEPTEMBER_, 2002 came on for consideration, Defendants' Motion Requesting the Court Extend Discovery Deadline _(DOCKET NO. 34)_. The court, having reviewed said motion together with the papers on file is of the opinion that a hearing shall be held thereon.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Defendants' Motion Requesting the Court Extend Discovery Deadline is hereby set for hearing on the _23RD_ day of _SEPTEMBER_, 2002 at _1:30 p.m._ o'clock in this Honorable Court.

Signed for entry on this _11th_ day of _SEPTEMBER_, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

cc:

Ms. Eileen M. Leeds, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste. 460, Brownsville, Texas 78521
Mr. Michael R. Cowen, MICHAEL R. COWEN, P.C., 765 E. 7th Street, Suite A, Brownsville, Texas 78520