United States District Court
Southern District of Texas
FILED

SEP 2 3 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANTS' MOTION
REQUESTING THE COURT EXTEND DISCOVERY DEADLINE

CIVIL ACTION NO. B-01-054                DATE & TIME:   09-23-02 AT 1:30 P.M.

JOHN GILBERT                             PLAINTIFF(S)   MICHAEL COWEN
                                         COUNSEL

VS.

JIM HOGG COUNTY, TEXAS, ET AL.           DEFENDANT(S)   EILEEN LEEDS
                                         COUNSEL

---

Attorneys Michael Cowen and Eileen Leeds appeared in chambers

Motion was granted.