United States District Court
Southern District of Texas
ENTERED

SEP 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

## ORDER GRANTING DEFENDANTS' MOTION REQUESTING THE COURT EXTEND DISCOVERY DEADLINE

Be it remembered on the 23RD day of SEPTEMBER, 2002, came on to be heard Defendants' Motion Requesting the Court Extend Discovery Deadline (DOCKET NO. 34) and the court after considering said motion determines that it should in all things be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants' Motion Requesting the Court Extend Discovery Deadline is granted, that the new discovery deadline date is now scheduled on 24 OCTOBER, 2002.

ENTERED on this the 23 day of SEPTEMBER, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

cc:

Ms. Eileen M. Leeds, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste. 460, Brownsville, Texas 78521
Mr. Michael R. Cowen, MICHAEL R. COWEN, P.C., 765 E. 7th Street, Suite A, Brownsville, Texas 78520