IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | |
| | § | CIVIL ACTION NO. B-01-54 |
| VS. | § | |
| | § | JURY DEMANDED |
| JIM HOGG COUNTY, TEXAS, ET AL. | § | |

**PLAINTIFF'S NOTICE TO THE COURT OF HIS FILING
OF HIS INITIAL DISCLOSURES TO DEFENDANTS UNDER
FEDERAL RULE OF CIVIL PROCEDURE 26(A)**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, **JOHN GILBERT** and files this his notice to the Court of his filing of his Initial Disclosures to Defendants under Federal Rule of Civil Procedure 26(a).

I.

Plaintiff hereby gives notice to the Court of the filing of his Initial Disclosures under Federal Rule of Civil Procedure 26(a).

SIGNED on this _30th_ day of September, 2002.

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
(956) 541-4981
(956) 504-3674 (FAX)

_____
Michael R Cowen
State Bar No. 00795306
Federal ID No. 19967

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On this the _____30th_____ day of September, 2002 a true and correct copy of the above and foregoing document was sent to opposing counsel in the manner indicated below:

**Via Fax No.: (956) 541-1893
& Regular U.S. Mail**
Ms. Eileen Leeds
Ms. Amy L. Gonzalez
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Tx. 78521

_____
Michael R Cowen