IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| JIM HOGG COUNTY, TEXAS, ET AL. | § | |

**O R D E R**

On this 2nd day of October, 2002, the Court having considered the Defendants' Motion to Withdraw Extension of Discovery Deadline entered the following ruling:

    Docket No. 38    Defendants' Motion to Withdraw Extension of Discovery Deadline is hereby **DENIED**.

DONE at Brownsville, Texas, on this 2nd day October, 2002.

John Wm. Black
United States Magistrate Judge