United States District Court
Southern District of Texas
FILED

OCT 2 9 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

## DEFENDANTS' MOTION TO RESET JURY SELECTION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants, Jim Hogg County, Texas; Isaac Bolch, in his Individual and Official Capacities; and Gilbert Ybanez, in his Individual and Official Capacities, Defendants in the above-styled matter and file this their Motion To Reset Jury Selection and would show this Honorable Court as follows:

### I.

Jury selection in this matter is currently set for Friday, November 1, 2002.

### II.

This honorable court still has pending before it Defendants' Motion for Summary Judgment. Defendants lack sufficient time to pursue procedural options which may be necessary should summary judgment not be granted in full. These potentially necessary procedural options would include objections to the magistrate's recommendations and interlocutory appeal. It would not be possible for Defendants to pursue said options, if necessary, prior to the current jury selection date of Friday, November 1, 2002.

**III.**

Defendants have unsuccessfully offered Plaintiff $3,000 in an attempt to resolve this matter without the necessity of trial.

For the above stated reasons, Defendants respectfully request jury selection be reset to a date chosen by this honorable court.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court grant this their Motion To Reset Jury Selection and grant these Defendants such other and further relief to which they may show themselves justly entitled.

Signed on October 29, 2002.

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eileen Leeds    w/p alg
State Bar No. 00791093
Federal I.D. No. 16799
Attorney in Charge

Amy Lawler Gonzales
State Bar No. 24029579
Federal I.D. No. 28489

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2002, a true and correct copy of the above and foregoing Defendants' Motion To Reset Jury Selection instrument has been forwarded to all counsel of record as noted hereunder.

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
Eileen M. Leeds

## CERTIFICATE OF CONFERENCE

Undersigned has tried to conferred with counsel for Plaintiff, but he was unavailable for said conference. It is therefore assumed that he is opposed to said motion.

_____
Eileen M. Leeds

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

## ORDER SETTING HEARING ON DEFENDANTS' MOTION TO RESET JURY SELECTION

On this the ____ day of _____, 2002 came on for consideration, Defendants' Motion To Reset Jury Selection. The court, having reviewed said motion together with the papers on file is of the opinion that a hearing shall be held thereon.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Defendants' Motion To Reset Jury Selection is hereby set for hearing on the _____ **day of** _____, **2002** at _____ **o'clock** in this Honorable Court.

Signed for entry on this _____ day of _____, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

cc:

Ms. Eileen M. Leeds, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste. 460, Brownsville, Texas 78521
Mr. Michael R. Cowen, MICHAEL R. COWEN, P.C., 765 E. 7th Street, Suite A, Brownsville, Texas 78520

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

### ORDER GRANTING DEFENDANTS' MOTION TO RESET JURY SELECTION

Be it remembered on the _____ day of _____, 2002, came on to be heard Defendants' Motion To Reset Jury Selection and the court after considering said motion determines that it should in all things be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants' Motion To Reset Jury Selection is granted, and that jury selection is now scheduled on _____, 2002.

ENTERED on this the _____ day of _____, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

cc:

Ms. Eileen M. Leeds, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste. 460, Brownsville, Texas 78521
Mr. Michael R. Cowen, MICHAEL R. COWEN, P.C., 765 E. 7th Street, Suite A, Brownsville, Texas 78520