United States District Court
Southern District of Texas
FILED

OCT 3 0 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

## MOTION FOR LEAVE TO APPEAR

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant in the above entitled cause of action, respectfully requesting this Court to allow Amy L. Gonzales to appear at the final pretrial hearing before this Honorable Court for Defendant in place of Eileen M. Leeds, attorney for Defendant, and as grounds therefore would show the following:

### I.

Ms. Eileen Leeds will be unable to attend the Pre-Trial hearing scheduled for October 31, 2002. Ms. Leeds is scheduled to appear for a hearing on a matter styled *Santa Rosa ISD vs. McAllen Steel et al., Cause No. C-1737-02-B* in Hidalgo County. Defendant requests permission for Mrs. Amy L. Gonzales to appear as co-counsel. Mrs. Gonzales is familiar with the facts of this case and is fully authorized to act in this matter.

### II.

For these reason, Defendant respectfully request that this Court enter an Order allowing Mrs. Amy L. Gonzales to appear as co-counsel along with Ms. Eileen M. Leeds for all purposes in this case.

Signed on October 30, 2002.

                                WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Amy L. Gonzales
State Bar No. 24029579
USDC Adm. No. 28489
Attorneys for Defendant

## CERTIFICATE OF CONFERENCE

Undersigned has tried to conferred with counsel for Plaintiff, but he was unavailable for said conference.

_____
Amy L. Gonzales

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2002, a true and correct copy of the above and foregoing Defendants' Motion Leave to Appear instrument has been forwarded to all counsel of record as noted hereunder.

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
Amy L. Gonzales

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

## ORDER

On this the _____ day of _____, 2002, came on for consideration Defendant's Motion for Leave to Appear and it appearing to the Court that said Motion is well taken it is, therefore,

ORDERED that Amy L. Gonzales of the law firm of Willette & Guerra, L.L.P. be allowed in place of Eileen M Leeds, attorney in charge, for Defendant, also of the law firm of Willette & Guerra, L.L.P., in any matter in this case.

Signed for entry on this _____ day of _____, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

Ms. Eileen M. Leeds, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste. 460, Brownsville, Texas 78521
Mr. Michael R. Cowen, MICHAEL R. COWEN, P.C., 765 E. 7th Street, Suite A, Brownsville, Texas 78520