```
United States District Court
  Southern District of Texas
          FILED
```

46

JUDGE**FILEMON B. VELA**

CASE MANAGERMaria F. Garza

COURT REPORTER: Bill HollowayLAW CLERKAmparo Yanez

INTERPRETER:None used

DATE:10/31/02TIME:8:35 am/8:50 am
BeginEnd

OCT 3 1 2002

Michael N. Milby
Clerk of Court

---

CIVIL ACTION NO. **B-01-054**

JOHN GILBERTMICHAEL R. COWEN

VS

JIM HOGG COUNTY, TEXASAMY L. GONZALES
ISAAC BOLCH, and
GILBERT YBANEZ

---

### FINAL PRETRIAL CONFERENCE

☐ Pltf(s) & Deft(s) appeared; announced ready for trial subject to pending motions. ETT_____days.

☒ Pltf(s) & Deft(s) appeared; announced ready for trial. ETT __2__ days.

☒ Case set for Jury Selection on ___11/1/02___ at 8:30 am before Judge __Filemon B. Vela__

☐ Pltf(s)/Deft(s) Motion for Continuance: _____ granted _____ denied.

☐ Case reset to:  ☐ Final Pretrial Conference reset for _____ @ 8:30 am

☐ Jury Selection reset for _____ @ 8:30 am
before Judge _____

☒ Motion hearing held. (See next page)

OTHER PROCEEDINGS:Both parties to prepare proposed jury charge.

☒ Defts' Motion for Summary Judgment (DE#32)   ☒ Granted as to Deft Bolch on the false arrest (§ 1983).   ☒ Denied as to Jim Hogg County, Texas and Gilbert Ybanez.

☒ Pltf's Motion for Sanctions (DE#42)   <u>Carried along.</u>

☒ Defts' Motion to Reset Jury Selection (DE#43)   ☐ Granted   ☒ Denied

☒ Defts' Motion for Leave to Appear (DE#44)   ☒ Granted   ☐ Denied