United States District Court
Southern District of Texas
FILED

NOV 0 1 2002

Michael N. Milby
Clerk of Court

JUDGE   FILEMON B. VELA
CASE MANAGER   Maria F. Garza
COURT REPORTER: Bill Holloway   LAW CLERK   Amparo Yanez
INTERPRETER:   None used
DATE:   11/01/02   TIME:   8:35 am   /   9:45
                                  Begin              End

CIVIL ACTION NO. B-01-054

| JOHN GILBERT | MICHAEL R. COWEN |
|---|---|
| VS | |
| JIM HOGG COUNTY, TEXAS<br>ISAAC BOLCH, and<br>GILBERT YBANEZ | EILEEN LEEDS &<br>AMY L GONZALEZ |

### 1ST DAY OF JURY TRIAL

8:35 am:   All parties appeared and announced ready for jury selection.
9:30 am:   Parties announced that they had settled. Jury excused. Settlement papers and appropriate motions to be filed two (2) weeks from this date.