United States District Court
Southern District of Texas
FILED

NOV 2 6 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

## AGREED MOTION FOR DISMISSAL

TO THE HONORABLE U.S. DISTRICT COURT:

COME NOW Plaintiff John Gilbert and Defendants **JIM HOGG COUNTY, TEXAS, ISAAC BOLCH, in his Individual and Official Capacities, and GILBERT YBANEZ, in his Individual and Official Capacities,** and file this their Agreed Motion for Dismissal and for cause would respectfully show unto the Court the following:

### I.

All claims advanced by Plaintiff against Defendants in the above-referenced case have been compromised and settled.

### II.

In light of the above-referenced settlement, all parties to this matter move that this Court dismiss with prejudice all claims filed in this suit. All parties further move this court to enter an Order of Dismissal with prejudice, with costs to be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants, respectfully pray that

this Court grant their Agreed Motion for Dismissal and dismiss with prejudice all of the claims brought by Plaintiff against Defendants.

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone: (956) 541-4981
Facsimile: (956) 504-3674

By: _____
Michael Cowen
State Bar No. 00795306
Federal I.D. No. 19967

**Attorney for Plaintiff**

WILLETTE & GUERRA, L.L.P.
3505 Boca Chica Boulevard
International Plaza, Suite 460
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eileen Leeds
State Bar No. 00791093
Federal I.D. No. 16799

Amy Gonzales
State Bar No. 24029579
Federal I.D. No. 28489

**Attorney For Defendants**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has on this 26 day of November, 2002, been forwarded via certified mail, return receipt requested to:

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
Eileen M. Leeds

01-156 GILBERT: DISMISSAL
PAGE 2