United States District Court
Southern District of Texas
FILED

DEC 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN GILBERT | § | CIVIL ACTION NO. B-01-054 |
| | § | |
| VS. | § | |
| | § | |
| JIM HOGG COUNTY, TEXAS, | § | |
| ISAAC BOLCH, in his Individual | § | JURY DEMANDED |
| and Official Capacities, and | § | |
| GILBERT YBANEZ, in his | § | |
| Individual and Official Capacities | § | |

## AGREED FINAL ORDER OF DISMISSAL

Be it remembered that on this day came on to be considered the above-entitled numbered matter. Upon consideration of the announcement of the parties informing the Court that this matter has been fully compromised and settled, the Court is of the opinion that a Dismissal is warranted and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all of Plaintiff's claims that have been asserted or could have been asserted in this lawsuit shall be and are dismissed with prejudice. As all parties have compromised and settled all claims and this court has dismissed all claims with prejudice upon consideration of the announcement of the parties, this order represents the final judgment in this case.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that taxable costs of court incurred to date by Plaintiff and Defendants be paid by party incurring same as previously agreed to by these parties. Any and all other relief which may have been sought in this cause, whether prayed for or not, is hereby DENIED.

Signed on this 4th day of December, 2002.

_____
UNITED STATES JUDGE

APPROVED AND AGREED TO BY:

_____
Michael Cowen, Attorney for Plaintiff

_____
Eileen M. Leeds, Attorney for Defendants

Copies to:

Mr. Michael R. Cowen, MICHAEL R. COWEN, P.C., 765 E. 7th Street, Suite A, Brownsville, Texas 78520
Ms. Eileen M. Leeds, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste. 460, Brownsville, Texas 78521